IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JAMES LEE BAKER**,

    *Plaintiff*,

v.

**WARDEN UNKNOWN COLBERT**,
**et al.**,

    *Defendants*.

CAUSE NO. 3:24-CV-109-CWR-ASH

## ORDER

This matter is before the Court pursuant to the Reports and Recommendations of the United States Magistrate Judge, which were entered on July 14, 2025. Docket Nos. 32 and 33. The Reports and Recommendations notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636(b)(1). Docket No. 32 at 4; Docket No. 33 at 4.

This Court, finding that there has been no submission of written objections by any party, hereby adopts said Reports and Recommendations as Orders of this Court.

**SO ORDERED**, this the 14th day of August, 2025.

            s/ Carlton W. Reeves
            UNITED STATES DISTRICT JUDGE